UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LAURA RICHARD; JOYCE RICHINS; SALLY RIDNER; ROBERTA RIGGINS; CATHERINE RISH; SUSAN RITVO; GWENDOLYN ROBERTSON; DEBRA ROGERS; LAREE ROUSE; GROVER ROWE; DORENE RYMER; INEZ SANTANGELO; BOBBIE SAUCIER; ETHEL SAYERS; JOANN SCHILLING; JUDITH SCOTT; NELLEEN SEAL; BARBARA SEEK; KEVIN SEMLER,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11200-GAO

---

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  August 27, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |